1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                           EASTERN DISTRICT OF CALIFORNIA

8

9    LARRY WAYNE PASLEY, JR.,                    1:25-cv-00682-HBK (PC)

10                  Plaintiff,

11           v.                                  ORDER TO SUBMIT ENCLOSED
                                                 APPLICATION TO PROCEED *IN FORMA*
                                                 *PAUPERIS* OR PAY FILING FEE
12   PAT HORN, et al.,
                                                 30-DAY DEADLINE
13                  Defendant.

14

15          Plaintiff—a prisoner—initiated this action by filing a *pro se* civil rights complaint under

16   42 U.S.C. § 1983 on June 6, 2025.  (Doc. No. 1).  Plaintiff did not accompany the complaint with

17   the $405.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

18          Accordingly, it is **ORDERED**:

19          Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the

20   attached application to proceed *in forma pauperis*; or (2) pay the $405.00 filing fee.  If Plaintiff

21   fails to timely comply with this order, or request an extension by showing good cause, the

22   undersigned will recommend the Court dismiss this case for Plaintiff's failure to comply with a

23   court order and/or prosecute this action.

24   Dated:    __June 5, 2025__

25                                               HELENA M. BARCH-KUCHTA
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28

1