|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LARRY WAYNE PASLEY, JR., | 1:25-cv-00682-HBK (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER STRIKING UNSIGNED COMPLAINT |
| PAT HORN, et al., | 30-DAY DEADLINE |
| Defendant. | |

Plaintiff Larry Wayne Pasley, Jr., a prisoner, initiated this action by filing a pro se civil rights complaint on June 5, 2025. (Doc. No. 1, Complaint). Upon review, the Court finds the Complaint facially deficient because it is not signed by Plaintiff under penalty of perjury. Rule 11 requires all pleadings, written motions, and other papers be signed by at least one attorney of record or by a party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); *see also* E.D. Ca. Local Rule 131(b). Because the Court cannot consider unsigned filings, the Complaint must be stricken. Fed. R. Civ. P. 11(a); L.R. 131(b). L.R. 131(b). *See, e.g., West v. Hulbert*, 2016 WL 2854416, at *1 (E.D. Cal. May 16, 2016) ("Because the Court cannot consider unsigned filings, the complaint must be STRICKEN"); *Anderson v. Krpan,* 2015 WL 402086, at *2 (E.D. Cal. Jan. 29, 2015) ("The Court cannot consider unsigned filings and therefore, the first amended complaint shall be stricken from the record.").

Accordingly, it is ORDERED:

1. The Clerk shall STRIKE Plaintiff's Complaint (Doc. No. 1) from the docket.

2. Within thirty (30) days of the date on this Order, Plaintiff shall file a complaint that is

signed under penalty of perjury.

3. The Clerk of Court shall include a blank prisoner civil rights complaint form for Plaintiff's use in refiling his complaint.

4. Plaintiff's failure to timely comply with this Order will result in the undersigned recommending the district court dismiss this case for Plaintiff's failure to comply with a Court order and prosecute this action.

Dated:  June 5, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE