# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WAYNE PASLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> PAT HORN, et al., <br><br> Defendants. | Case No. 1:25-cv-00682 JLT HBK (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL <br><br> (Docs. 9, 20) |

    Larry Wayne Pasley, Jr. is a state prisoner proceeding pro se and *in forma pauperis* on his Complaint filed pursuant to 42 U.S.C. § 1983.  (Doc. 9.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    The magistrate judge screened Plaintiff's Complaint and found it failed to state any cognizable constitutional claim.  (Doc. 15.)  The magistrate judge advised Plaintiff of the pleading deficiencies and applicable law and afforded Plaintiff the opportunity to (1) file an amended complaint; (2) file a notice to stand on the current Complaint as screened subject to the magistrate judge recommending the district court dismiss the Complaint; or (3) file a notice of voluntary dismissal.  (*Id.* at 9-10.)  In response, Plaintiff filed a "Motion to Grant Petition for Statement of Claim."  (Doc. 18.)  In this pleading, Plaintiff attached the Complaint screened by the Magisrate Judge and asserted that he "did include sufficient factual allegations to satisfy each element of [his] claim."  (*Id*. at 5.)  Plaintiff made no new allegations, nor did he allege

additional facts to support any of the claims made in the previously screened Complaint. (*See* Doc. 18.)

The magistrate judge construed Plaintiff's pleading as a Notice to Stand on his Complaint, and issued findings and recommendations to dismiss the Complaint without prejudice for failure to state a claim and grant Plaintiff leave to amend. (Doc. 20 at 10.) The Court served the findings and recommendations on Plaintiff notified him that objections were to be filed within fourteen days. (*Id.* at 10-11.) Plaintiff was warned that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id*. at 11 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).) Plaintiff did not file any objections and the deadline to do so has expired. (*See* docket.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations, issued October 9, 2025 (Doc. 20), are **ADOPTED** in full.
2. Plaintiff's Complaint (Doc. 9) is **DISMISSED** for failure to state a claim.
3. Plaintiff is granted leave to file an amended complaint within **30 days** of this order.
4. Plaintiff is warned that failure to timely file an amended complaint will result in dismissal of the action and closure of this case file.

IT IS SO ORDERED.

Dated:  __November 24, 2025__                                  _Jennifer L. Thurston_
                                                                                    UNITED STATES DISTRICT JUDGE